UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROSA OHLE,

    Plaintiff,

vs.

GILA, LLC d/b/a MUNICIPAL
SERVICES BUREAU,

    Defendant.
_____/

CASE NO.

Jury Trial Demanded

## COMPLAINT

Plaintiff, Rosa Ohle ("Plaintiff"), by and through her undersigned counsel, hereby files the following Complaint against Defendant, Gila, LLC d/b/a Municipal Services Bureau ("Defendant"), and alleges.

1. This is an action for damages for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*

2. The FDCPA was enacted "to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses." 15 U.S.C. § 1692(e).

## PARTIES

3. Plaintiff is an individual residing in Hardee County, Florida.

4. Plaintiff is a "consumer" within the meaning of the FDCPA, 15 U.S.C. § 1692a(3).

5. Defendant is a Texas Corporation that transacts business in the State of Florida and maintains a registered agent in the State of Florida.

6. At all relevant times, Defendant has been and is engaged in the business of collecting and attempting to collect consumer debts in the State of Florida and within the Middle District of Florida.

7. Defendant is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6) as its principal purpose is the collection of debt or it regularly collects or attempts to collect debts owed or due or asserted to be owed or due another and uses the mails to accomplish this purpose and collect debts.

## JURISDICTION AND VENUE

8. This Court has jurisdiction pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

9. Venue is proper in the Middle District of Florida pursuant to 28 U.S.C. § 1391(b) because the events giving rise to the claims occurred in the Middle District of Florida.

## GENERAL ALLEGATIONS

10. On May 23, 2014, the Defendant sent or caused to be sent to Plaintiff, via U.S. Mail, an initial letter attempting to collect a debt or financial obligation incurred by Plaintiff for primarily personal, family or household purposes (hereinafter the "Debt Collection Letter"). A copy of the Debt Collection Letter is attached hereto as **Exhibit A**.

11. The Debt Collection Letter is a "communication" pursuant to the FDCPA, 15 U.S.C. § 1692a(2).

12. The Debt Collection Letter provides Plaintiff with her 30 day validation rights. Accordingly, on June 25, 2014, Plaintiff sent a letter to Defendant disputing the debt and requesting verification as she was unfamiliar with the debt. A copy of Plaintiff's letter is attached to this Complaint as Exhibit B and is hereinafter referred to as the "Dispute Letter."

13. On or about July 3, 2014, Defendant responded to Plaintiff's Dispute Letter. A copy of the foregoing letter sent by Defendant is attached to this Complaint as Exhibit C and is hereinafter referred to as the "Verification Response."

14. In the Verification Response, Defendant states "MSB is in receipt of your recent request for reference number 13792416. **We are currently investigating your request. Your account will be suspended from collection activities until such time as the investigation is complete.**" The Verification Response then identifies the particular debt that Plaintiff disputed.

15. Below the alleged debt, the Verification Response states "MSB is a private collection agency and *this letter is an attempt to collection a debt*. Any information obtained will be used for that purpose." (Emphasis added).

16. Section 1692g(b) of the FDCPA requires a debt collector to cease collection of a debt once a consumer disputes the debt until the debt collector receives verification of the debt. This section provides as follows: If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector shall cease collection of the debt, or any disputed portion thereof, until the debt collector obtains verification of the debt or a copy of a judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or name and address of the original creditor, is mailed to the consumer by the debt collector.

17. After receiving the initial Debt Collection Letter, Plaintiff sent a letter to Defendant disputing the alleged subject debt. Prior to obtaining the requested verification of the subject debt, Defendant sent the Verification Response which provides a total balance of $137.67 and clearly states "[y]our account will be suspended from collection activities until such time as

-4-

the investigation is complete." However, the Verification Response then provides "this letter is an attempt to collect a debt." To the least sophisticated consumer, she would not understand whether the collection activities have indeed been suspended or that the Defendant was still attempting to collect the subject debt.

18. The Verification Response is patently confusing and misleading on its face, especially to the least sophisticated consumer, as it sends the message that the Defendant is continuing to collect the debt despite the Defendant's failure to provide verification and the Defendant's representation that collection activities will be suspended. The Defendant's foregoing conduct violates 1692g(b).

19. To make matters even more unclear, the reverse side of the Verification Response provides "[u]nless you dispute the validity of this debt or any portion thereof, within thirty days after receipt of this notice, we shall assume the debt to be valid. If you notify us in writing of your dispute within this thirty-day period, we will: (1) obtain verification of the deb or a copy of a judgment against you and (2) mail a copy of such verification or judgment to you. Upon your written request within the thirty-day period, we will provide you with the name and address of the original creditor if different from the current creditor."

20. Plaintiff did not understand why the 30 day validation rights were included in the Verification Response as she had already disputed the debt and requested verification in writing within 30 days of her receiving the initial Debt Collection Letter from the Defendant. To the least sophisticated consumer, she would not know whether she is required to send another dispute letter or risk forfeiting her 30 day validation rights despite the fact that a timely written dispute/request for verification had already been sent to the Defendant.

## COUNT I

## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

21. Plaintiff incorporates by reference paragraphs 1 through 20 of this Complaint as though stated fully herein.

22. The foregoing acts and omissions of Defendant violate 15 U.S.C. §§ 1692g; 1692g(b); 1692e(10) and 1692e.

23. As a result of Defendant's violations of the FDCPA, pursuant to 15 U.S.C. § 1692k, Plaintiff is entitled to statutory damages in an amount up to $1,000.00, plus reasonable attorneys' fees and costs.

WHEREFORE, Plaintiff requests that the Court enter judgment in her favor for:

i. The maximum amount of statutory damages pursuant to 15 U.S.C. § 1692k for each class member;

ii. Attorneys' fees, litigation expenses and costs pursuant to 15 U.S.C. § 1692k(a)(3); and

iii. For such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury for all issues so triable.

/s/ *Paul R. Fowkes*
Paul R. Fowkes, Esq.
Fla. Bar No. 723886
1041 US Highway 19
Holiday, Florida 34691
(813) 221-0500
(813) 228-7077 (Facsimile)

# EXHIBIT A

 **MSB**
A PRIVATE CORPORATION

MUNICIPAL SERVICES BUREAU
PO BOX 16755
AUSTIN, TX 78761-6755
TOLL FREE: (800) 866-9436
AUSTIN, TX: (512) 371-7143

**HOURS OF OPERATION:**
**MON - FRI: 7AM - 11PM CST**
**SAT: 8AM - 5PM CST**

To make a payment online or receive additional information about your account, please visit us at
www.msbselfserve.com

May 23, 2014

 Get the Free App at http://gettag.mobi and scan this image to make your payment now.

Reference No: ████416
Dear ROSA OHLE:

Date: May 23, 2014
Total Due: $137.67

The total due represents an overdue balance owed to FLORIDA DEPT OF HEALTH -SARASOTA COUNTY. We urge you to remit payment in full to the address below. Municipal Services Bureau, a private corporation, has been contracted by FLORIDA DEPT OF HEALTH -SARASOTA COUNTY to help recover the debt owed.

Please remit your payment in full. We accept Check, Money Order, Western Union Quick Collect, Money Gram, ACE Cash Express and all major credit cards. If assistance is needed, please contact a representative toll free at **1-800-866-9436**. This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. If this is an individual account, then it may be reported to a credit bureau.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing that you dispute this debt within 30 days from receiving this notice, this office will: obtain verification of the debt and mail you a copy of such verification; and provide you with the name and address of the original creditor if different from the current creditor.

| Creditor | Account # | For | Total | Date |
|---|---|---|---|---|
| FLORIDA DEPT OF HEALTH | ████3033 | HMS CLIENT 2013-10- | 60.55 | 12/02/2013 |
| FLORIDA DEPT OF HEALTH | ████3033 | HMS CLIENT 2013-07- | 25.70 | 12/02/2013 |
| FLORIDA DEPT OF HEALTH | ████3033 | HMS CLIENT 2013-10- | 51.42 | 12/02/2013 |

**MSB ACCEPTS ALL MAJOR CREDIT CARDS, WESTERN UNION, MONEY GRAM AND ACE CASH EXPRESS.**

If you send us a check, it may be converted into an electronic funds transfer (EFT). This means we will copy your check and use the account information on it to electronically debit your account for the amount of the check. If the EFT cannot be completed because of insufficient funds, we may try to make the transfer up to two additional times and, if allowed by your state law, a fee will be assessed to your account for any dishonored check or money order presented as payment. The check may be held for up to 21 days to validate that the funds are available. For ACE Cash Express locations, visit http://www.acecashexpress.com/ or call 877-FINDACE.

···DETACH LOWER PORTION AND RETURN WITH PAYMENT···
PLEASE INDICATE REFERENCE NUMBER ON YOUR CHECK OR MONEY ORDER



REMOVE THESE EDGES FIRST
FOLD, CREASE AND TEAR ALONG PERFORATION

SEE OTHER SIDE FOR OPENING INSTRUCTIONS



CSMSBU06
PO Box 1099
Wixom MI 48393-1099
CHANGE SERVICE REQUESTED

PRESORT
FIRST CLASS MAIL
US POSTAGE PAID
DPCH

0014052709

416--015    318001491

ROSA OHLE

# EXHIBIT B

Rosa Ohle



June 25, 2014

Municipal Services Bureau
PO Box 16755
Austin, TX 78761

    Re:    Your Account #▪▪▪▪2416
           Balance on Collection Letter: $137.67

To Whom it May Concern:

    I dispute this debt. Please send me verification from the original creditor that proves I owe what you say I owe.

                                        Sincerely,

                                        Rosa Ohle

# EXHIBIT C

MUNICIPAL SERVICES BUREAU
PO BOX 16755
AUSTIN, TX 78761-6755
TOLL FREE: (800) 616-0166
AUSTIN, TX: (512) 454-4757


A PRIVATE CORPORATION

HOURS OF OPERATION:
MON – FRI: 7AM – 9PM CST
SAT: 8AM - 5PM CST

 Get the Free App at http://gettag.mobi and scan this image to make your payment now.

Reference: ▊▊2416

Date: July 3, 2014

Dear ROSA OHLE:

Municipal Services Bureau (MSB) is a private collection agency contracted by FLORIDA DEPT OF HEALTH -SARASOTA COUNTY.

MSB is in receipt of your recent request for reference number ▊▊2416. **We are currently investigating your request. Your account will be suspended from collection activities until such time as the investigation is complete.**

If you need further assistance, please contact one of our representatives at (800) 616-0166.

| Creditor | Account # | For | Total | Date |
|---|---|---|---|---|
| FLORIDA DEPT OF HEALTH | ▊▊3033 | HMS CLIENT 2013-10- | 60.55 | 12/02/2013 |
| FLORIDA DEPT OF HEALTH | ▊▊3033 | HMS CLIENT 2013-07- | 25.70 | 12/02/2013 |
| FLORIDA DEPT OF HEALTH | ▊▊3033 | HMS CLIENT 2013-10- | 51.42 | 12/02/2013 |

*MSB is a private collection agency and this letter is an attempt to collect a debt. Any information obtained will be used for that purpose.*

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT LEGAL RIGHTS AND INFORMATION**


CSMSBU06
PO Box 1022
Wixom MI 48393-1022
CHANGE SERVICE REQUESTED

July 3, 2014

▊▊2416--GC2    346460732


ROSA OHLE

*We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law.*

Federal Law

Unless you dispute the validity of this debt or any portion thereof, within thirty days after receipt of this notice, we shall assume the debt to be valid. If you notify us in writing of your dispute within this thirty-day period, we will: (1) obtain verification of the debt or a copy of a judgment against you; and (2) mail a copy of such verification or judgment to you. Upon your written request within the thirty-day period, we will provide you with the name and address of the original creditor if different from the current creditor.

State Law

California Residents:
"The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except for under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov."

Colorado:
"FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA."

"A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt."

Minnesota:
"This collection agency is licensed by the Minnesota Department of Commerce."

Utah:
"As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation within 30 days of receipt of the original debt notification."

Washington:
For information about the Washington Collection Agency Act see: http://atg.wa.gov/askcolumn.aspx?&id=13558.

Wisconsin:
"This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org."

New York City: Permit #1155818

North Carolina: Permit #3710

Municipal Services Bureau's Physical Address:

**Municipal Services Bureau
8325 Tuscany Way Building 4
Austin, Texas 78754-4734**